# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## Case Number 3:26-CV-00332-KDB-DCK

| | | |
|---|---|---|
| Katherine Zanoni | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| Brian J. Dixon | ) | |
| Hopewriters LLC | ) | |
| Defendant | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Defendant Hopewriters LLC.

IT APPEARING TO THE COURT that the named Defendant Hopewriters LLC is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Hopewriters LLC.

Signed: May 21, 2026

Katherine Hord Simon, Clerk
United States District Court