# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| KATHERINE "KATE" ZANONI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-CV-00332 |
| HOPEWRITERS LLC and BRIAN J. DIXON | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Hopewriters LLC and Brian J. Dixon                                                  .

Date:     05/21/2026

/s/ Rebecca K. Lindahl
*Attorney's signature*

Rebecca K. Lindahl, N.C. Bar 35378
*Printed name and bar number*

Katten Muchin Rosenman LLP
615 South College Street Suite 1700
Charlotte, NC 28202

*Address*

rebecca.lindahl@katten.com
*E-mail address*

(704) 344-3141
*Telephone number*

(704) 444-2050
*FAX number*