| | | |
|---|---|---|
| KATHERINE ZANONI, | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| v. | ) | |
| | ) | |
| HOPEWRITERS LLC, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 10) filed May 22, 2026, and "Plaintiff's Motion For Entry Of Default Against Brian J. Dixon" (Document No. 11) filed May 27, 2026.  These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motions and the record, and after consultation with Judge Bell's chambers, the undersigned will <u>grant</u> and <u>deny</u> the motions as set forth below.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 10) is **GRANTED**. Defendants shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **June 10, 2026**.  The parties **SHALL** file their "Certificate Of Settlement Conference" on or before **June 10, 2026**.  5:19-MC-005-KDB (Document No. 2) (W.D.N.C. July 16, 2019).

**IT IS FURTHER ORDERED** that "Plaintiff's Motion For Entry Of Default Against Brian J. Dixon" (Document No. 11) is **DENIED**.  Because the time to file an Answer, or otherwise respond to Plaintiff's Complaint, is extended, Defendants have not failed to plead or otherwise

1

defend.  <u>See</u> Fed. R. Civ. P. 55(a).  Therefore, at this time, entry of default is not warranted.  <u>Id.</u>

       **SO ORDERED**.

Signed: May 27, 2026

David C. Keesler
United States Magistrate Judge

2