**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| KATHERINE "KATE" ZANONI,        ) | |
|     ) | |
|     Plaintiff,     ) | |
|     ) | **NO. 3:26-cv-00332** |
| v.     ) | |
|     ) | |
| HOPEWRITERS LLC d/b/a HOPE*BOOKS   ) | |
| and BRIAN J. DIXON,     ) | |
|     ) | |
|     Defendants.     ) | |
|     ) | |

## CONSENT MOTION TO STAY THE LITIGATION

Plaintiff Katherine "Kate" Zanoni ("Ms. Zanoni" or "Plaintiff"), by and through her undersigned counsel, and with the consent of Defendants Hopewriters LLC's ("Hope Books'") and Brian J. Dixon, moves to stay the litigation for thirty (30) days, including all briefing deadlines associated with Ms. Zanoni's Motion for Default Judgment Against Hope Books (Doc. No. 14) and Defendants' Motion to Dismiss (Doc. No. 20). The parties are actively engaged in settlement discussions and appear close to reaching an amicable resolution of this matter.

On June 15, 2026, the undersigned conferred with opposing counsel, and opposing counsel consents to this Motion.

WHEREFORE, the parties respectfully pray the Court to:

1.      Enter an order staying the litigation for thirty (30) days, including all briefing deadlines associated with Ms. Zanoni's Motion for Default Judgment Against Hope Books (Doc. No. 14) and Defendants' Motion to Dismiss (Doc. No. 20); and

2.      Grant the parties such other and further relief as the Court shall deem just and proper.

**VOGEL PLLC**

*/s/ Jonathan A. Vogel*
Jonathan A. Vogel
N.C. Bar No. 34266

6000 Fairview Road, Suite 1200
Charlotte, NC 28210
Tel.: 704.552.3750
jonathan.vogel@vogelpllc.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing was served in this action by electronically filing with the Clerk by using the CM/ECF system to the following email address:

Rebecca K. Lindahl
Katten Muchin Rosenman LLP
615 S. College Street, Suite 1700 | Charlotte, NC 28202-3354
direct +1.704.344.3141
rebecca.lindahl@katten.com

*Counsel for Defendants*

This the 16th day of June, 2026.

*/s/Jonathan A. Vogel*
Jonathan A. Vogel

3